UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT MAJOR ROLLO,
    Plaintiff,

vs.                                    Case No.:  3:20cv5817/LAC/EMT

SANTA ROSA SHERRIF'S OFFICE,
et al.,
    Defendants.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on March 19, 2021 (ECF No. 7).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1).

Page of 2

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 20th day of April, 2021.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**